[No. 15214–9–I. Division One. July 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN TERRELL LOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00599–0, Gary M. Little, J., entered July 25, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Webster, JJ.

[No. 12338–6–I. Division One. July 22, 1985.]

CENTURY HEATING, INC., *Appellant,* v. DAVID STABBERT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–03013–1, Terrence A. Carroll, J., entered September 17, 1982. *Reversed* and *remanded* by unpublished opinion per Hopp, J. Pro Tem., concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 12432–3–I. Division One. July 22, 1985.]

*In the Matter of the Marriage of* LILLIAN WELSH, *Respondent, and* RALPH RALEIGH WELSH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–96734, Frank L. Sullivan, J., entered August 27, 1982. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Williams, J., and Hopp, J. Pro Tem.